AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No.  19-MJ- 7019
Information associated with the LastPass account )
associate with stephan4096@gmail.com that is stored at )
premises controlled by LogMeIn, Inc. )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Central_____ District of _____Illinois_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is attached hereto and incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before  2/13/2019  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____United States Magistrate Judge Eric I. Long_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

s/Eric I. Long

Date and time issued:  1/31/2019 ; 2:07 p.m.   _____
                                                *Judge's signature*

City and state:   Urbana, Illinois                United States Magistrate Judge Eric I. Long
                                                *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 19-MJ-7019 | Date and time warrant executed: February 2, 2019, at 9:39am | Copy of warrant and inventory left with: LogMeIn Inc. |
|---|---|---|

Inventory made in the presence of: GS Noblet

Inventory of the property taken and name of any person(s) seized:

Information attached to user stephan4096@gmail.com (Stephan Caamano) - data account created, all products used and last usage of product, all IP addresses used by Caamano to access products

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/01/2019

s/Todd Emery

_____
Executing officer's signature

Todd M. Emery, Special Agent
_____
Printed name and title

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the user account associated with email **stephan4096@gmail.com** that is stored at premises owned, maintained, controlled, or operated by LogMeIn, Inc., a company headquartered at 323 Summer Street, Boston, Massachusetts.

## ATTACHMENT B

### Particular Things to be Seized

I.  **Information to be disclosed by LogMeIn, Inc. (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is stored, held or maintained inside or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on March 29, 2018, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a. The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c. The types of service utilized;

      d.      All records or other information stored at any time by an individual using the account, including all usernames, passwords, address books, contact and buddy lists, calendar data, pictures, and files;

      e.      All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken;

      f.      All records pertaining to content of private messages between users or communities (e.g. modmail), content of information posted to Services (e.g. text, photos, videos, link), transactional information from purchase of products or services (e.g. LastPass), and information provided directly to LogMeIn, Inc. via forms, contests, sweepstakes, or promotions; and

      g.      For all information required to be disclosed pursuant to this warrant, the physical location or locations where the information is stored.

The Provider is hereby ordered to disclose the above information to the government within fourteen days of the issuance of this warrant.

II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) and 846 those violations involving Stephan Caamano (email account stephan4096@gmail.com) and occurring after January 1, 2016, to the present, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) "the sale of illegal drugs"; "dark web or dark web marketplaces"; "conversations about Xanax, narcotics, drugs, or any pharmaceutical pills or materials"; "communications between Googleplex and any of the following users: barcentral, alpraking, eastcoastbarbarian, quantikxanax, quantik, galacticagora, candyland134, quanitkusa, lordxanaxusa, secondchanceusername, tote32, xanax empire, pestcontrol1, tiz_time, younginlam, hulkpresser, lexie, jackxcarter, pharmaking, plexiglass, jack, theory of harmony ;" "preparatory steps taken in furtherance of the scheme".

(b) Passwords stored and maintained by LastPass associated with the account linked to stephan4096@gmail.com;

(c) Evidence indicating how and when the account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

(d) Evidence indicating the account owner's state of mind as it relates to the crime under investigation;

(e) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s);

(f) The identity of the person(s) who communicated with the user ID about matters relating to manufacturing and distributing counterfeit pharmaceuticals/narcotics, including records that help reveal their whereabouts.

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by LogMeIn, Inc., and my official title is _____. I am a custodian of records for LogMeIn, Inc.. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of LogMeIn, Inc., and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b.    such records were kept in the ordinary course of a regularly conducted business activity of LogMeIn, Inc.; and

    c.    such records were made by LogMeIn, Inc. as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____    _____
Date    Signature